■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v OBDULIS CRUZ, Respondent. [852 NYS2d 837]—

Defendant failed to establish at the hearing that he had a reasonable expectation of privacy in the basement area of the apartment building. Accordingly, he lacked standing to move to suppress the drugs and paraphernalia found in that basement (*see People v Rodriguez*, 69 NY2d 159 [1987]; *People v Jose*, 252 AD2d 401 [1998], *affd* 94 NY2d 844 [1999]). There was no evidence that this basement was the residence of defendant or anyone else, or that it was anything but a drug factory. Defendant's connection with the premises was either based solely on his illegal activity therein, or, as he claimed, was that of an occasional legitimate worker; neither was sufficient to establish standing. Concur—Lippman, P.J., Gonzalez, Sweeny and Catterson, JJ.